# United States District Court
## Southern District of Texas
### Houston Division

| | |
|---|---|
| United States of America<br>vs.<br>Justina Uzowulu | Criminal No. H-16-234(2) |

## Motion to Substitute Counsel

Judge Gillmore:

Please substitute me in the place of Romy Kaplan as Justina Uzowulu's counsel of record.

### Certificate of Service

A copy of this motion was emailed to the attorney for the Government before it was filed with this Court.

Thank you,

Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

Approved:

Justina Uzowulu

Romy Kaplan   FOR RK
by PERMISSION