IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES<br>v.<br>JUSTINA UZOWULU | CAUSE NO. 4-16-CR-00234-2<br>HON. VANESSA GILMORE |

MOTION TO MODIFY CONDITIONS OF RELEASE
TO PERMIT COMPASSIONATE TRAVEL

JUDGE GILMORE:

Please allow Justina Uzowulu to travel to Ihiala, Anambra State, Nigeria to visit her 86-year-old mother, Ahudia Nwudu "Lovet" Chukwunyehi, who is extremely ill and facing dire medical treatment. A letter from Lovet's physician is attached as Exhibit A.

Ms. Uzowulu has been free on bond since June, 2016, and has faithfully complied with her conditions of release.

She has only one mother.

Thank you,

Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

## Certificate of Service and Conference

I emailed a copy of this motion to the attorney for the Government.

The Government opposes the request.

_____
Mark Bennett