United States

v.

Justina Uzowulu

Cause No. 4-16-CR-00234-2

Hon. Vanessa Gilmore

### Second Motion to Modify Conditions of Release
### To Permit Compassionate Travel

**Judge Gilmore:**

Justina Uzowulu's mother has passed away. Please allow Ms. Uzowulu to travel to Ihiala, Anambra State, Nigeria for her burial on May 27–28, 2021. A copy of the burial announcement is attached.

Ms. Uzowulu has been free on bond since June, 2016, and has faithfully complied with her conditions of release.

Thank you,

Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com

## Certificate of Service and Conference

I emailed a copy of this motion to the attorney for the Government. The Government opposes the request.

_____
Mark Bennett



## Transition To GLORY

We the family of **CHUKWUNYELU** of Umuatuokwu Umudioha Ihiala in Ihiala L.G.A Anambra State. Announce The Death Of Our Beloved Mother, Wife, Sister, Aunt, Mother In-law, Grandmother, Great grandmother And Other Relatives.

### Late Mrs
# LOVETH NWAUDU
## AHUDIYA CHUKWUNYERE

Aged **86** Years





## BURIAL ARRANGEMENTS:

**THURSDAY, 27TH MAY, 2021:**
Christian Wake Keep At Her Husband's Compound, Umuatuokwu Umudioha Ihiala

**FRIDAY 28TH MAY, 2021:** 7:30am- Body leaves our lady of lourdes mortuary Ihiala to her husband's compound, Umuatuokwu Umudioha Ihiala

**8:00am:** Lying in state

**10:00am:** Burial mass at her husband's compound

**12:00noon:** Interment/Condolence visits follows immediately after mass at her husband's compound.

### SHE SURVIVED BY:
- Chukwunyelu Daniel
- Chukwunyelu Sebastine
- Onyeka Appolonia
- Uzowulu Justina
- Ogujuba Maureen
- Ikueze Nwamaka
- And Many Grand And Great Grandchildren

*Signed*
**Mr CHUKWUNYELU DAN**
( For the family)

*May Her Soul Rest In Peace. Amen.*