# Wire Transfer Outgoing Request

**CHASE** ⬡

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| PHINA CHINAZOM UZOWULU | | | | |

| Account Name: | | Street Address: | | |
|---|---|---|---|---|
| PHINA CHINAZOM UZOWULU | | 9902 KINGSVILLE PARK DR | | |

| City: | State: | Zip: | Country: | Daytime Phone: |
|---|---|---|---|---|
| HOUSTON | TX | 77083-6428 | USA | 346-599-2595 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | TX | 28754658 | 05/24/2018 | 05/27/2024 |

| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| | | | | |

## Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 06/27/2022 | 05:07:36PM Eastern time | 06/28/2022 | Domestic |

| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | Wire Fee: |
|---|---|---|---|
| XXXXX0870 | CHASE COLLEGE | $4,100.00 | $35.00 |

| Qualifying Account #: | Qualifying Account Type: | Source of funds: | |
|---|---|---|---|
| | | Checking | |

| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
|---|---|---|---|
| US Dollars | N/A | N/A | $4,135.00 |

FX Contract Number:

## Recipient Account Information

| Account Name: |
|---|
| U.S. MARSHALS SERVICE |

| Street Address: | Account Number: |
|---|---|
| | 00008179 |
| | City: / State: / Zip: / Country: |

Text to Recipient:
JUSTINA UZOWULU DOCKET NUMBER 0541 4:16CR00234-002 TO: U.S. CLERKS

## Receiving Bank Information

| Bank Name: |
|---|
| United States Department of the Treasury |

| Street Address: | Bank ABA/SWIFT Code: |
|---|---|
| 33 Liberty St | 021030004 |

| City: | State: | Zip: | Country: |
|---|---|---|---|
| New York | NY | 10045 | USA |

Intermediary Bank Name:

| Street Address: | Intermediary Bank ABA: |
|---|---|
| | City: / State: / Zip: / Country: |

Text to Receiving Bank: