```
&&RPCourt Name: USDC - SDTX
Division: 4
Receipt Number: HOU109736
Cashier ID: joewells
Transaction Date: 06/28/2022
Payer Name: JUSTINA OBUMNADOR UZOWULU
----------------------------------
CRIMINAL DEBT
 For: JUSTINA OBUMNADOR UZOWULU
 Case/Party: D-TXS-4-16-CR-000234-002
 Amount:$4,200.00
----------------------------------
CHECK
 Check/Money Order Num: 1525737947
 Amt Tendered:$4,200.00
----------------------------------
Total Due:$4,200.00
Total Tendered:$4,200.00
Change Amt:$0.00


A fee of $53.00 will be charged on
any returned negotiable instrument.
```