In the United States District Court

For the Southern District of Texas

Houston Division

| | |
|---|---|
| U.S. | No. 4:16-CR-234-2 |
| v. | Hon. Charles Eskridge |
| Justina Uzowulu | |

Order on Ms. Uzowulu's
Motion to Return Passports
And to Allow Travel in September

On Ms. Uzowulu's motion,

1. The District Clerk is ordered to return her United States and Nigerian passports to her.

2. She may travel to Nigeria for thirty days beginning in September, 2022.