UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CIVIL ACTION NO. 4:16-CR-00234-2 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| JUSTINA OBUMNADOR UZOWULU, Defendant. | § § § § | |

## ORDER

On December 6, 2021, Defendant Justina Uzowulu pleaded guilty to conspiracy to offer and pay kickbacks, in violation of 18 USC § 371. Dkt 265. On June 16, 2022, she was sentenced to three years of probation, along with a $4,100 fine, a $4,100 money judgment, and a $100 special assessment. Minute Entry of 06/16/2022; see also Dkts 321 & 328.

As part of her conditions of probation, Uzowulu may not "knowingly leave the federal judicial district where" she is "authorized to reside without first getting permission from the court." Dkt 328 at 2. She now wishes to travel to Nigeria for thirty days beginning in September 2022. She consequently moved to modify her conditions of probation, requesting that the District Clerk return her passport and that she be allowed to travel. Dkt 324. The Government opposes the motion. Dkt 327.

Uzowulu has now paid the fine, the money judgment, and the special assessment. See Dkts 324-1 & 324-2. But she has been on probation for just over one month. She thus has little to no probationary track record. Moreover, supervision while she is in Nigeria would be difficult, if not

impossible, as would be assurance of return to complete her sentence.

The motion by Defendant Justina Uzowulu to modify conditions of probation is DENIED. Dkt 324.

SO ORDERED.

Signed on July 22, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge